B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Colorado

In re **Jessica Marie Tillman**  
Debtor(s)

Case No.  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> **Ally Financial Inc.** | **Describe Property Securing Debt:** <br> **2013 Ford Edge. 45,000 miles, good condition.** |

Property will be (check one):  
☐ Surrendered   ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt   ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:** <br> **Ally Financial Inc.** | **Describe Property Securing Debt:** <br> **2011 Chevy Cruze** |

Property will be (check one):  
■ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt   ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                            Page 2

**Property No. 3**

| **Creditor's Name:**<br>Bank of America | **Describe Property Securing Debt:**<br>18826 Rawhide Flats Road, Wellington, CO 80549. Acquired 07/05/2007. Former primary residence. |
|---|---|

Property will be (check one):
   ■ Surrendered                                 ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                        ■ Not claimed as exempt

**Property No. 4**

| **Creditor's Name:**<br>FreedomRoad Financial | **Describe Property Securing Debt:**<br>2010 Ducati Hypermotard 796, 13,000 miles, good condition. |
|---|---|

Property will be (check one):
   ☐ Surrendered                                 ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ■ Other.  Explain  **continue regular monthly payments**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                        ☐ Not claimed as exempt

**Property No. 5**

| **Creditor's Name:**<br>Honda Financial Services | **Describe Property Securing Debt:**<br>Honda Dirt Bike |
|---|---|

Property will be (check one):
   ☐ Surrendered                                 ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ■ Other.  Explain  **continue regular monthly payments**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                        ☐ Not claimed as exempt

B8 (Form 8) (12/08) Page 3

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **March 25, 2015**                    Signature  **/s/ Jessica Marie Tillman**
                                                       **Jessica Marie Tillman**
                                                       Debtor